UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BISHUDHANAND,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 25-cv-3255 |
| : | |
| **NATIONAL FLOORS DIRECT,** : | |
| Defendant. : | |

## O R D E R

**AND NOW**, this 8th day of July, 2025, upon consideration of Plaintiff Michael Bishudhanand's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

2. The Motion to Proceed *In Forma Pauperis* is **DENIED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**